**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARICRUZ MARISOL ROJAS-ESPINOZA; ROBERT DAVID SALVADOR-GOMEZ; DAVID ANGEL SALVADOR-ROJAS; KORINA SALVADOR-ROJAS, <br><br> Petitioners, <br><br> v. <br><br> PAMELA BONDI, Attorney General, <br><br> Respondent. | No. 24-7536 <br><br> Agency Nos. <br> A246-606-483 <br> A246-606-482 <br> A246-606-484 <br> A246-606-485 <br><br><br> **ORDER** |

BEFORE:  S. R. THOMAS, Circuit Judge and En Banc Coordinator

A judge of this Court has *sua sponte* requested a vote on whether the Order issued by the three judge panel on October 24, 2025 and this case should be reheard *en banc* pursuant to General Order 5.4.c.3.  To facilitate the en banc process, the three judge panel has consented to stay the Order issued on October 24, 2025.  Therefore, the October 24, 2025 Order issued by the three judge panel is stayed pending the conclusion of en banc proceedings and further order of this Court.

The parties are permitted, but not required, to file simultaneous supplemental briefs addressing whether this case should be reheard en banc.  The briefs shall be filed within twenty-one (21) days of the date of this Order and shall not exceed 14,000 words.

At the direction of the panel, the pending motion to submit the case on the briefs is denied, but the oral argument scheduled for December 2, 2025 is vacated pending en banc proceedings and will be rescheduled by a subsequent order of the Court.

**IT IS SO ORDERED.**